**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **GRANT** appellant's September 11, 2013 second motion to file an amended brief **to the extent** that appellant shall file his amended brief **on or before OCTOBER 7, 2013**.

/s/     DAVID LEWIS
         JUSTICE